# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Darrell G. Schabowsky and Christine E. Schabowsky<br><br>        <u>Debtor(s)</u> | BKY. NO. 14-01944 MDF<br><br>CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 3618

                Respectfully submitted,

                **/s/ Thomas Puleo**
                Thomas Puleo, Esquire
                James C. Warmbrodt, Esquire
                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 825-6306  FAX (215) 825-6406
                Attorney for Movant/Applicant