# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

| | |
|---|---|
| DARRELL G. SCHABOWSKY | Case No.: 1-14-01944-HWV |
| CHRISTINE E. SCHABOWSKY | Chapter 13 |
| Debtor(s) | |

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**            **MORTGAGE INFORMATION**

Creditor Name:            M & T MORTGAGE CORP
Court Claim Number:            08
Last Four of Loan Number:            3618
Property Address if applicable:            636 CORTLAND DRIVE, , YORK, PA17403

**PART 2:**            **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $64.14 |
| b. | Prepetition arrearages paid by the Trustee: | $64.14 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $64.14 |

**PART 3:**            **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**            **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated:  June 13, 2019                                      Respectfully submitted,

s/ Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  dehartstaff@pamd13trustee.com

Creditor Name: M & T MORTGAGE CORP
Court Claim Number: 08

```
   CLM #    CHECK #     DATE         PRIN PAID    INT PAID    TOTAL DISB
   0080     1140052     12/03/2015   $26.46       $0.00       $26.46
   0080     1141752     01/07/2016   $37.68       $0.00       $37.68
```

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:
   DARRELL G. SCHABOWSKY                        Case No.: 1-14-01944-HWV
   CHRISTINE E. SCHABOWSKY                   Chapter 13
           Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 13, 2019, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| CHAD J JULIUS ESQUIRE<br>LAW OFFICES OF LESLIE D JACOBS<br>8150 DERRY STREET<br>HARRISBURG PA, 17111-5212 | SERVED ELECTRONICALLY |
| M&T MORTGAGE CORPORATION<br>C/O KML LAW GROUP, P.C.<br>701 MARKET STREET, SUITE 5000<br>PHILADELPHIA, PA, 19106 | SERVED BY 1ST CLASS MAIL |
| DARRELL G. SCHABOWSKY<br>CHRISTINE E. SCHABOWSKY<br>636 CORTLAND DRIVE<br>YORK, PA 17403 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 13, 2019                                       s/   Donna Schott
                                                                      Charles J. DeHart, III, Trustee
                                                                      Standing Chapter 13 Trustee
                                                                      Suite A, 8125 Adams Drive
                                                                      Hummelstown, PA 17036
                                                                      Phone: (717) 566-6097
                                                                      Fax: (717) 566-8313
                                                                      eMail: dehartstaff@pamd13trustee.com