```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                            Case No. 14-01944-HWV
Darrell G. Schabowsky                                             Chapter 13
Christine E. Schabowsky
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-1          User: CourtneyG           Page 1 of 2          Date Rcvd: Aug 15, 2019
                              Form ID: fnldecnd         Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2019.
db/jdb         +Darrell G. Schabowsky,    Christine E. Schabowsky,    636 Cortland Drive,    York, Pa 17403-9732
4515639        +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
4481047        +AT&T Universal Card,    PO Box 6248,    Sioux Falls, SD 57117-6248
4481048        +AT&T Universal Card,    PO Box 6248,    Sioux Falls, South Dakota 57117-6248
4481046        +American Express,    PO Box 981537,    El Paso, Texas 79998-1537
4532619         American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
4481049       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,     PO Box 982235,    El Paso, Texas 79998-2235)
4481051        +Chase Bank USA,    PO Box 15298,   Wilmington, Delaware 19850-5298
4481054        +DGS enterprises,    636 Cortland Dr.,    York, PA 17403-9732
4481055         Direct Merchants Bank,    Cardmember Services,    PO Box 30258,    Salt Lake City, UT 84130-0258
4481058        +FanaticFitness,    636 Cortland Dr.,    York, PA 17403-9732
4481063        +Home Depot Credit Services,    PO Box 790328,    St. Louis, MO 63179-0328
4519296        +Lakeview Loan Servicing, LLC,    c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
4483313        +PNC BANK,    PO BOX 94982,   CLEVELAND, OHIO 44101-4982
4481068        +PNC Bank,    2730 Liberty Ave.,    Pittsburgh, Pennsylvania 15222-4747
4481069         Service Central,    NTB Credit Plan,    PO Box 6403,   Sioux Falls, SD 57117-6403
4481057       ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
                 (address filed with court: F&M Bank,     Cardmember Service,    PO Box 6335,
                 Fargo, ND 58125-6335)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4481050        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 15 2019 19:38:11     Capital One Bank,
                 PO Box 30253,    Salt Lake City, Utah 84130-0253
4481056         E-mail/Text: mrdiscen@discover.com Aug 15 2019 19:32:23     Discover Financial Services,
                 PO Box 15316,    Wilmington, Delaware 19850
4485388         E-mail/Text: mrdiscen@discover.com Aug 15 2019 19:32:23     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
4481059         E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2019 19:38:28     GECRB/Care Credit,
                 PO Box 965036,   Orlando, Florida 32896-5036
4485377        +E-mail/Text: ebn@heritagevalleyfcu.org Aug 15 2019 19:32:43
                 Heritage Valley Federal Credit Union,    2400 Pleasant Valley Road,    York Pa 17402-9624
4481061        +E-mail/Text: ebn@heritagevalleyfcu.org Aug 15 2019 19:32:44
                 Heritage Valley Federal Credit Union,    PO Box 3617,   York, Pennsylvania 17402-0637
4481060        +E-mail/Text: ebn@heritagevalleyfcu.org Aug 15 2019 19:32:43
                 Heritage Valley Federal Credit Union,    PO Box 3617,   York, PA 17402-0637
4481064         E-mail/Text: cio.bncmail@irs.gov Aug 15 2019 19:32:25     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, Pennsylvania 19101-7346
4481065        +E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2019 19:38:28     Lowe's/GECRB,
                 Attn: Bankruptcy Dept.,    PO Box 103104,   Roswell, GA 30076-9104
4481067         E-mail/Text: camanagement@mtb.com Aug 15 2019 19:32:26     M & T Bank,    1100 Wehrle Drive,
                 Buffalo, New York 14221-7748
4481066         E-mail/Text: camanagement@mtb.com Aug 15 2019 19:32:26     M & T Bank,    Attn: Cbd Team,
                 PO Box 900,    Millsboro, Delaware 199660900
4533337         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 15 2019 19:38:28
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
4501727         E-mail/Text: bnc-quantum@quantum3group.com Aug 15 2019 19:32:27
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,    Kirkland, WA 98083-0788
                                                                                                TOTAL: 13

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4481052         Citicards,   Box 6500
4481053         Sioux Falls, South Dakota 57117
4481062*       +Heritage Valley Federal Credit Union,    PO Box 3617,   York, Pennsylvania 17402-0637
                                                                                               TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2019 at the address(es) listed below:

```
          Chad J. Julius    on behalf of Debtor 2 Christine E. Schabowsky cjulius@ljacobsonlaw.com,
           creed@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com
          Chad J. Julius    on behalf of Debtor 1 Darrell G. Schabowsky cjulius@ljacobsonlaw.com,
           creed@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
          Joshua I Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Michael J Clark    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
          Thomas I Puleo    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                TOTAL: 8
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Darrell G. Schabowsky,<br>**Debtor 1** | Chapter 13 |
| Christine E. Schabowsky,<br>**Debtor 2** | Case No. 1:14–bk–01944–HWV |

Social Security No.:
    xxx–xx–5147    xxx–xx–4280

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

    **Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Darrell G. Schabowsky and Christine E. Schabowsky** in accordance with §1328 of the Bankruptcy Code.

Dated: August 15, 2019

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: CourtneyGabriel, Deputy Clerk

**fnldec** (05/18)